MARGARET McCARTHY, as Administratrix, etc., of THOMAS McCARTHY, Deceased, Respondent, v. THE LONG ISLAND RAILROAD COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Scudder and Tompkins, JJ.

WILLIAM H. MACKNIGHT, Respondent, v. SOLOMON WEIL, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Scudder and Tompkins, JJ.

LEW MAUSER, Appellant, v. FRIESCO REALTY CORPORATION, Respondent.—: Judgment reversed upon the law and the facts, with costs, and judgment directed for plaintiff for the relief demanded in the complaint and dismissing defendant's counterclaim upon the merits, with costs. The restrictive covenants of record affecting the premises described in the complaint are an incumbrance upon the title which justified the rejection of the title by the plaintiff. (*Kimball Co.* v. *Fox*, 120 Misc. 701; affd., 209 App. Div. 812; affd., 239 N. Y. 554; *Isaacs* v. *Schmuck*, 245 id. 77; *Van Vliet & Place, Inc.*, v. *Gaines*, 249 id. 106; *Calleran* v. *Gallen*, 219 App. Div. 801; *Ginsburg* v. *Andron*, 222 id. 823.) Findings of fact and conclusions of law inconsistent herewith are reversed and new findings and conclusions will be made. Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ., concur. Settle order on notice.

MATILDA K. MONTUREAN, Respondent, v. HARRY B. MONTUREAN, Appellant. — Interlocutory judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

MOOS FUR DYEING CORPORATION, Appellant, v. BROOKLYN EDISON COMPANY, INC., Respondent.— Judgment reversed upon the law and the facts and a new trial granted, costs to the appellant to abide the event. We think that upon the undisputed facts the plaintiff was entitled to go to the jury on the question whether there was a contract between plaintiff and defendant for electric light and power in force on June 22, 1926, and whether defendant was estopped from denying plaintiff's right to such service at the time it was discontinued by defendant. Lazansky, P. J., Rich, Young, Scudder and Tompkins, JJ., concur.

MORGAN LAKE COMPANY, Respondent, v. THE NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Appellant. (Appeal No. 1.) — Order, as resettled, striking out, vacating and setting aside notice terminating reference, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ., concur.